UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OSEI,

        NO. CIV. S-09-1981 LKK/JFM

    Plaintiff,

  v.

COUNTRYWIDE HOME LOANS;
LENDING 1st MORTGAGE;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;    O R D E R
DELTA MORTGAGE & REAL
ESTATE; JEFFREY ALAN
PELLETIER; JEFFREY PAUL
OLSON; JEFF BRYAN DELORA;
and DOES1-20, inclusive,

    Defendants.
_____/

    Three defendants in the above-captioned matter (Pelletier Finance, Jeffrey Allen Pelletier, and Jeffrey Paul Olson) have filed a motion to dismiss, which is noticed for hearing on October 26, 2009. (Doc. No. 19). Two other defendants (Countrywide Home Loans and Mortgage Electronic Registration Systems) have filed a separate motion to dismiss and motion to strike, both noticed for hearing on November 9, 2009. (Doc. Nos. 21, 22). It appears that judicial economy would be served by hearing these motions together. Accordingly, the court CONTINUES the hearing on the initial motion

1

1  (Doc. No. 19) to November 9, 2009, at 10:00 a.m.  The briefing
2  schedule for this motion is reset accordingly.  <u>See</u> Local Rule 78-
3  230(b).
4      The court further CONTINUES the status conference currently
5  scheduled for October 5, 2009 to November 16, 2009 at 10:30 a.m.
6      IT IS SO ORDERED.
7      DATED:  October 2, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2