UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OSEI,

        Plaintiff,

   v.

COUNTRYWIDE HOME LOANS;
LENDING 1st MORTGAGE;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
DELTA MORTGAGE & REAL
ESTATE; JEFFREY ALAN
PELLETIER; JEFFREY PAUL
OLSON; JEFF BRYAN DELORA;
and DOES1-20, inclusive,

        Defendants.

                              /

NO. CIV. S-09-1981 LKK/JFM

O R D E R

Pending before the court in the above-captioned case are a motion to dismiss and a motion to strike by defendants Countrywide Home Loans and Mortgage Electronic Registration Systems, Inc, (Doc. Nos. 21, 22), and a motion to dismiss by defendant Jeffrey Alan Pelletier (Doc. No. 19). The court does not find oral argument necessary in these matters. Accordingly, the hearings on the above motions currently set for November 9, 2009 are VACATED. The deadline for submission of defendants' reply memoranda, if any,

1

1  remain unchanged.
2       IT IS SO ORDERED.
3       DATED:  October 30, 2009.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```