1

2

3

4

5                    UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7

   PATRICK OSEI,
8
                                     NO. CIV. S-09-1981 LKK/JFM
9            Plaintiff,

10      v.

11  COUNTRYWIDE HOME LOANS;
    LENDING 1st MORTGAGE;
12  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.;          O R D E R
13  DELTA MORTGAGE & REAL
    ESTATE; JEFFREY ALAN
14  PELLETIER; JEFFREY PAUL
    OLSON; JEFF BRYAN DELORA;
15  and DOES1-20, inclusive,

16
             Defendants.
17  _____/

18      On October 7, 2009, the court issued an order continuing a

19  status (pretrial scheduling) conference to November 16, 2009 at

20  10:30 a.m. Counsel for plaintiff did not appear at the scheduling

21  conference.

22          Accordingly, the court orders as follows:

23      1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

24           writing within ten (10) days of the date of this order

25           why sanctions, including requiring plaintiffs' counsel

26           to pay defendants' attorney's fees, should not issue in

                                1

1        the above-captioned case, as permitted by Local Rule 11-

2        110.

3    2.   The status (pretrial scheduling) conference is set for

4        January 11, 2010 at 1:30 p.m.

5    IT IS SO ORDERED.

6    DATED:   November 18, 2009.

7

8

9    _____
     LAWRENCE K. KARLTON
10   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              2