UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OSEI,

         Plaintiff,

   v.

COUNTRYWIDE HOME LOANS;
LENDING 1st MORTGAGE;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
DELTA MORTGAGE & REAL
ESTATE; JEFFREY ALAN
PELLETIER; JEFFREY PAUL
OLSON; JEFF BRYAN DELORA;
and DOES1-20, inclusive,

         Defendants.
_____/

NO. CIV. S-09-1981 LKK/JFM

O R D E R

On November 18, 2009, the court ordered counsel for plaintiffs to show cause why sanctions, including paying defendants' attorneys fees, should not issue for failure to appear at the scheduling conference. See Doc. No. 39. Counsel responded to the order to show cause on November 30, 2009. See Doc. No. 40. Counsel's argument is that he accidentally deleted the scheduling conference from his electronic calendar.

This circumstance does not constitute good cause.

Accordingly, the court orders as follows:

1

1  (1) Counsel for plaintiff will be SANCTIONED to pay
2      defendants' attorneys fees for appearing at the
3      scheduled November 16, 2009 status conference.
4  (2) Defendants are ordered to file within fourteen (14) days[1]
5      of the issuance of this order an affidavit stating the
6      attorney's fees incurred by the failure of plaintiff's
7      counsel to appear at the status conference. These
8      affidavit should only state the amount of fees to attend
9      the conference, and not any fees incurred to prepare for
10     the conference or to draft their status report.
11 (3) Plaintiff may file an opposition, if any, to defendants'
12     affidavit within twenty-eight (28) days of the issuance
13     of this order.
14 (4) Upon receipt of the affidavit and opposition, if any,
15     the court will issue a further order concerning the
16     amount of fees owed by plaintiff's counsel to
17     defendants.
18 IT IS SO ORDERED.
19 DATED: December 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court advises parties to refer to the revised Federal Rule of Civil Procedure 6, which took effect on December 1, 2009, in calculating the deadlines for the submission of their filings.

2