UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OSEI,

         Plaintiff,

   v.

COUNTRYWIDE HOME LOANS;
LENDING 1st MORTGAGE;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
DELTA MORTGAGE & REAL
ESTATE; JEFFREY ALAN
PELLETIER; JEFFREY PAUL
OLSON; JEFF BRYAN DELORA;
and DOES1-20, inclusive,

         Defendants.
                                 /

NO. CIV. S-09-1981 LKK/JFM

O R D E R

     On November 18, 2009, the court ordered plaintiff's counsel to show cause for his failure to attend a status conference. On November 30, 2009, plaintiff's counsel filed a response to the order indicated that he failed to attend the status conference due to a personal error in maintaining his calendar. Subsequently, on December 9, 2009, the court ordered that plaintiff lacked good cause, and sanctions, in the amount of defendants' attorneys' fees shall issue. Defendants timely filed affidavits concerning the amount of fees they incurred in attending the status conference.

1

1  Plaintiff's counsel's objections to the fees requested were due on
2  January 6, 2009. To date, plaintiff's counsel has not filed any
3  objections to the fees requested by defendants.
4      For the foregoing reasons, the court orders that plaintiff's
5  counsel shall pay defendants Pelletier Finance, Inc. dba Delta
6  Mortgage & Real Estate, Jeffrey Alan Pelletier, Jeffrey Paul Olson,
7  and Jeff Bryan Delora $612.00 no later than thirty (30) days from
8  the date of this order.
9      The court further orders that plaintiff's counsel shall pay
10 defendants Countrywide Home Loans, Inc. and Mortgage Electronic
11 Registration Systems, Inc. $140.00 no later than thirty (30) days
12 from the date of this order.
13     Counsel shall file an affidavit accompanying the payment of
14 these sanctions which states that they are paid personally by
15 counsel, out of personal funds, and are not and will not be billed,
16 directly or indirectly, to the client or in any way made the
17 responsibility of the client as attorneys' fees or costs.
18     IT IS SO ORDERED.
19     DATED: January 13, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT